**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**FRANKLIN G. GUMPERT, SBN 66051**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile: (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant**
**El Dorado County**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Robin Toste and Gerald Toste,<br><br>    Plaintiffs,<br><br>  v.<br><br>El Dorado County, et al.<br><br>    Defendants.<br>_____ | Case No. 2:14-cv-00814-MCE-EFB<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Plaintiffs Robin Toste and Gerald Toste ("Plaintiffs") and Defendant County of El Dorado ("the County") (collectively, "the Stipulating Parties"), by and through their undersigned counsel of record, hereby request an extension of time to file a Joint Status Report. The Stipulating Parties further stipulate and request as follows:

  **1.**  **WHEREAS**, the Joint Status Report is currently due to be filed on or before June 6, 2014.

  **2.**  **WHEREAS**, the Motion to Dismiss Plaintiffs' Complaint [dkt 4] has been taken under submission by this Court.

  **3.**  **WHEREAS**, the parties recognize that the ruling on the Motion to Dismiss will impact the future course of this litigation.

//

**4.**     **WHEREAS**, in order to save resources of the Stipulating Parties and the Court, the Stipulating Parties stipulate and request that the Court continue time within which to file the Joint Status Report until August 8, 2014.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** the Joint Status Report shall be filed on or before August 8, 2014.

**IT IS SO STIPULATED.**

Dated: June 24, 2014					**CAULFIELD LAW FIRM**

							By:   /s/ Franklin G. Gumpert
							        Franklin G. Gumpert
							        Attorneys for Defendant
							        El Dorado County

DATED:  June 4, 2014					LAW OFFICE OF CHARLES G. KINNEY

							By: /s/ Charles G. Kinney
							        Charles G. Kinney
							        Attorneys for Plaintiffs Toste

**IT IS SO ORDERED.**

**Dated: June 24, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2